IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY JPW D.C.
05 DEC 20 PM 2:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Criminal No. 95-20226 Ml |
| RAmoN LoyA | ) (180-Day Continuance) |
| Defendant(s). | ) |

REPORT ON FUGITIVE STATUS AND RESETTING

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on <u>Tuesday, June 20, 2006, at 10:30 a.m.</u>

SO ORDERED this 20 day of Dec., 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-21-05

(33)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:95-CR-20226 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT